# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2306
LT Case No. 2023-CA-002912

———————————————

SANFORD AIRPORT AUTHORITY,

Appellant,

v.

ORLANDO SANFORD
INTERNATIONAL, INC.,

Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Brett R. Renton, Michael L. Gore, and Adriana L. Pfeiffer, of
Shutts & Bowen LLP, Orlando, and Ricky L. Polston, Daniel
E. Nordby, and Amber S. Nunnally, of Shutts & Bowen LLP,
Tallahassee, for Appellant.

Daniel B. Rogers and Melissa N. Madsen, of Shook, Hardy &
Bacon L.L.P., Miami, for Appellee.

July 9, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE, J., concur.
MACIVER, J., dissents without opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____